1
2
3
4
5
6
7

8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10

11   JOSE MANUEL LOPEZ,            )   NO. CV 07-4658-GHK (AGR)
12         Petitioner,              )
13         v.                       )
14   DEBRA DEXTER, Warden,          )   ORDER ADOPTING MAGISTRATE
                                    )   JUDGE'S REPORT AND
15         Respondent.              )   RECOMMENDATION
16                                  )
17   _____)

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de*
19   *novo*, including the petition; the Magistrate Judge's Report and Recommendation
20   ("R&R"); the Objections to the R&R filed on July 9, 2010; and the records and
21   files. Based upon the Court's *de novo* review, the Court agrees with the
22   recommendation of the Magistrate Judge. Petitioner's objections are overruled.
23         Petitioner objects to a mistake in the Summary of Proceedings in which the
24   Magistrate Judge said that Petitioner was convicted by a jury, when in fact
25   Petitioner was convicted in a bench trial. (Objections at 1; R&R at 2.) Petitioner
26   does not identify any way in which this mistake affected the Magistrate Judge's
27   recommendation. Indeed, one of Petitioner's claims was that his trial counsel
28   was ineffective because she advised him to waive his right to a jury trial. (R&R at

9.) The Magistrate Judge thoroughly addressed this claim. (R&R at 10-13.)

Plaintiff's remaining objections are without merit.

IT IS ORDERED that (1) page 2 of the Report and Recommendation be corrected to state that Petitioner was convicted in a bench trial; (2) as corrected, the Report and Recommendation be adopted; and (3) Judgment be entered dismissing this action with prejudice.

DATED: 8/22/10

GEORGE H. KING
United States District Judge