# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE MANUEL LOPEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DEBRA DEXTER, Warden,<br><br>　　　　　Respondent(s). | No. CV 07-4658-GHK (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 8/22/10

　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　United States District Judge